467 A.2d 59

Commonwealth v. Herto, Jr., Appellant.

Argued January 25, 1983.

John N. Miller, for appellant; William A. Helm, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and WATKINS, JJ.

Judgment of sentence affirmed.